# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

RODNEY STANTON

_Plaintiff/Petitioner(s)_

v.

HONEYWELL CORP. et al

_Defendant/Respondent(s)_

Case Number: 15-1223-NJR-SCW
(Clerk's Office will provide)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☒ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

SCANNED AT PINCKNEYVILLE CC and E-mailed
11-4-15 by B 26 pages
date     initials   No.

Plaintiff:

A. Plaintiff's mailing address, register number, and present place of confinement:

RODNEY STANTON
# B65491
P.O. Box 999
PINCKNEYVILLE, IL 62274

Defendant #1:

B. Defendant HONEYWELL CORPORATION is employed as
(a) (Name of First Defendant)

CORPORATION / REGISTERED INTERNATIONALLY
(b) (Position/Title)

with CHAIRMAN, C.E.O., PRESIDENT, & OPERATING MANAGER
(c) (Employer's Name and Address)

2768 NORTH US 45 ROAD

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain: DEFENDANT 1. IS AN INTERNATIONAL CORPORATION THAT OPERATES AS AN AGENT OF THE FEDERAL GOVERNMENT RECEIVING PAYMENT FOR CONSULTATION, AND IS A RECIPIENT OF FEDERAL GOVERNMENT SUBSIDIES

(Rev. 7/2010)

1

Defendant #2:

C. Defendant GARNER & STERN CO. is employed as
(Name of Second Defendant)

STEVE (DOE) CITE SUPERVISOR
(Position/Title)

with 2400 NORTH ASHLAND
(Employer's Name and Address)
CHICAGO, IL 60614

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☐ Yes ☒ No

If you answer is YES, briefly explain:

Additional Defendant(s) (if any):

D. Using the outline set forth above, identify any additional Defendant(s).

(Rev. 7/2010)

2

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?   ☐ Yes   ☑ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint</u>

1. Parties to previous lawsuits:
   Plaintiff(s):   N/A

   Defendant(s):

2. Court (if federal court, name of the district; if state court, name of the county):

3. Docket number:

4. Name of Judge to whom case was assigned:

5. Type of case (for example: Was it a habeas corpus or civil rights action?):

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

7. Approximate date of filing lawsuit   N/A

8. Approximate date of disposition:

(Rev. 7/2010)

3

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☑ Yes  ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☐ Yes  ☑ No

C. If your answer is YES,
  1. What steps did you take?

  

  2. What was the result?  N/A

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes  ☑ No

F. If your answer is YES,
  1. What steps did you take?

  2. What was the result?

G. If your answer is NO, explain why not.  LAWSUIT UNRELATED TO IMPRISONMENT

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not.

(Rev. 7/2010)

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant supporting documentation.

IN MAY OF 2010 I WAS AN EMPLOYEE OF GARNER, AND STERN. I WAS TOLD WE WERE HIRED BY HONEYWELL CORPORATION, AND I WAS TO REPORT TO HONEYWELL LOCATED IN METROPOLIS ILLINOIS, AND BEGAN WORKING AS A SOO CHEF/ AND DRIVER IN, OR CLOSELY TO, A RADIOACTIVE ENVIRONMENT. ALTHOUGH WE/I WAS CHECKED PERIODICALLY FOR RADIOACTIVE CONTAMINATION, I WAS NOT GIVEN THE PREVENTIVE GEAR THAT OTHER EMPLOYEES OF HONEYWELL WORE, I STILL WAS TOLD TO TRAVEL THROUGH THE AREA OF CONTAMINATION. ON October (10/3/2010) 3rd I BEGAN HAVING BREATHING DIFFICULTY, AND WITH INCREASING SHORTNESS OF BREATH I CALLED 911 AND WAS RUSHED TO MASSAC MEMORIAL HOSPITAL BY AMBULANCE (SEE EX. A) AND AFTER BEING TREATED WAS TOLD MY HEART WAS BEATING AT 25% CAPACITY, AND I NOW HAVE A PACE MAKER IMPLANTED IN MY CHEST. PRIOR TO WORKING AT HONEYWELL I HAD NO HEART OR LUNG PROBLEMS, AND HONEYWELL CORPORATION IS RESPONSIBLE FOR MY PRESENT MEDICAL CONDITION.

(Rev. 7/2010)

5

## V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

100,000.00 DOLLARS FROM DEFENDANT HONEYWELL CORP. FOR COMPESATORY DAMAGES, 100,000.00 DOLLARS FROM DEFENDANT HONEYWELL CORP FOR PUNITIVE DAMAGES, PAYMENT FOR PAST, PRESENT, AND FUTURE MEDICAL COST, AND ANY DAMAGE'S THIS HONORABLE COURT DEEM JUST AND PROPER.

## VI. JURY DEMAND (check one box below)

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 10 , 2015 (date)

P.O. BOX 999 Street Address
(PINCKNEYVILLE)
PINCKVILLE, IL 62274 City, State, Zip

Rodney Stanton Signature of Plaintiff

RODNEY STANTON Printed Name

B65491 Prisoner Register Number

Signature of Attorney (if any)

(Rev. 7/2010)

6

## MEMORANDUM OF LAW

The Constitution of the United States of America guarantees ITS CITIZEN'S INALIENABLE RIGHTS, ONE BEING THE "PURSUIT of HAPPINESS". THE DEFENDANT VIOLATED THOSE RIGHTS BY KNOWINGLY Causing the PLAINTIFF to be exposed to harmful chemicals, and Radiation that CAUSED MEDICAL PROBLEMS WHICH PREVENTS HIS "Pursuit of HAPPINESS" THEN AND NOW.

EXHIBIT (A)



**Massac Memorial**
**Massac Amb Ser Run Report**
Vehicle ID: 513802      Agen. ID: Zebra

10/3/2010      Transport Vehicle: 513802
Transporting Unit Arr. Time: 8:24

**ORIGINAL**
Incident #
00387510      1
Page 2 of 2

**Final Assessment:**
Time: 8:39   By: 060107489   GCS: 15   RTS: 12   Severity: 2
Airway: Open   Breathing: Normal   Circulation: Strong Radial Pulse   LOC: Alert & Oriented x 3

| | | | | |
|---|---|---|---|---|
| Head: | Within Normal Limits | Back: Within Normal Limits | Left Pupil: | PERRL |
| Face: | Within Normal Limits | Abdomen: Within Normal Limits | Right Pupil: | PERRL |
| Eye: | Within Normal Limits | Pelvic: Within Normal Limits | Left Lung: | Clear |
| Neck: | Within Normal Limits | Ext. Upper: Within Normal Limits | Right Lung: | Clear |
| Chest: | Within Normal Limits | Ext. Lower: Within Normal Limits | Blood Sugar: | 165 |

Skin Color: Normal/Pink   Skin Moisture: Normal   Skin Temp: Normal

**History of Chief Complaint:**
Called to Baymont Inn for a person having difficulty breathing. Upon arrival, found patient sitting upright in chair. Patient was in moderate respiratory distress. Patient stated his breathing difficulty started at approximately 7 am this morning. Patient assisted to ambulance stretcher. Patient denied any history of respiratory illness. Patient positioned sitting upright on stretcher. Patient secured to ambulance stretcher with three seatbelts. Patient alert and oriented X 3. Vital signs taken. Pulse oximeter reading was 90% on room air. Patient placed on 15 liters of oxygen via non-rebreather. Patient placed on cardiac monitor. Cardiac monitor showed a sinus tachycardia rhythm. IV of normal saline established in left AC with 18 gauge cannula at a TKO rate. Patient had wheezing in all lung fields. Patient given albuterol breathing treatment. Medical control contacted. No orders given. Patient transported to Massac Memorial Hospital per patient request. Patient stated relief from breathing difficulty with albuterol treatment and oxygen. Patient pulse oximeter reading was 98% during transport. Patient stated he had coughed up yellow mucous when breathing difficulty started. Patient moved from ambulance stretcher to emergency room bed without assistance. Patient care taken over by emergency room nurse.



Carl Cross
060107489

R   Jason Webster
000273698



EXHIBIT (B)

**MASSAC MEMORIAL HOSPITAL**
**28 CHICK STREET**
**METROPOLIS, ILLINOIS 62960**
**RADIOLOGY DEPARTMENT**

PATIENT NAME: Stanton, Rodney
DOB: 03/02/1965
PLACE OF SERVICE: Emergency Room
DATE OF SERVICE: 10/03/2010
AGE: 45y
X-RAY #: 58135
PHYSICIAN: Baron Baucom, / No Doctor,
EXAMINATION: CHEST 2 VIEWS
CLINICAL HISTORY: SOB

Exam: Two-view chest.

HISTORY: Shortness of breath. Cough.

No comparisons.

FINDINGS: PA and lateral views of the chest. Diffuse interstitial prominence is seen. There are bilateral perihilar infiltrates. Opacity seen in the right lung base which may be due to the atelectasis or edema. Pneumonia is not excluded. The lungs are hyperexpanded. There are clips at the GE junction.

Impression: Diffuse interstitial prominence. Focal increased air space disease is seen in the right base which may be due to atelectasis. Pneumonia is not excluded. Recommend follow-up.

---

\*\*\* THIS IS AN ELECTRONICALLY VERIFIED REPORT \*\*\*
James Borders, M.D.
RADIOLOGIST
D: 10/03/2010 10:10:00 AM
T: 10/03/2010 10:10:00 AM
JJB&BORDERS&JAMES^^20101003101100

EXHIBIT (d)


powered by: AMICAS

| | | | |
|---|---|---|---|
| Name: STANTON, RODNEY | MRN: MMH-58135 | DOB: 1965-03-02 | Sex: M |
| Accession: 1010030167 | Study Date & Time: 10/03/2010 09:14:39 | Description: CHEST 2 VIEWS | |

Interpreter:       Borders, James M.D. (10)
Transcriptionist: BORDERS, JAMES (JJB)
================ Begin of Report Content ================

Exam: Two-view chest.

HISTORY: Shortness of breath. Cough.

No comparisons.

FINDINGS: PA and lateral views of the chest. Diffuse interstitial prominence is seen. There are bilateral perihilar infiltrates. Opacity seen in the right lung base which may be due to the atelectasis or edema. Pneumonia is not excluded. The lungs are hyperexpanded. There are clips at the GE junction.

Impression: Diffuse interstitial prominence. Focal increased air space disease is seen in the right base which may be due to atelectasis. Pneumonia is not excluded. Recommend follow-up.

================ End of Report Content ================

EXHIBIT (D)

## Illinois Department of Corrections
## Medical Special Service Referral Denial or Revision

Offender's Name: Stanton, Rodney   ID# B65491

Referral Date: 1/28/15

Initial Proposed Course of Action: River to River Heart Group. Cardiomyopathy Pmt AICD check, cardiology. Requesting Echocardiogram.

Alternative Care Recommended:

- RECENT INTAKE- PATIENT W/ C/O CP X 2 DAYS PER WEX- DUE FOR AICD CHECK AND SEEN BY CARDIOLOGY 1/27/15 FOR EVAL AND AICD CHECK -
- RECEIVED REFERRAL REQUEST FOR ECHO- DISCUSSED IN COLLEGIAL 02/02/2015 W/ DR RITZ AND DR POWERS - RECOMMENDED SITE REPRESENT IN COLLEGIAL W/ DICTATED CARDIOLOGY NOTE FROM 1/27/15 VISIT

The offender has the right to appeal any adverse decisions through the grievance procedure outlined in 20 Ill. Adm. Code 504: Subpart F.

Print Facility Medical Director's Name: VACANT

Facility Medical Director's Signature: VACANT

Date: 2/25/15

George HCUA

Distribution: Offender, Offender's Medical File, and Health Care Unit Administrator

(Printed on Recycled Paper)

DOC 0255 (Eff.4/2007)

EXHIBIT

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Service Referral Denial or Revision

Offender's Name: _Stanton, Rodney_  ID# _B65491_

Referral Date: _1/28/15_

Initial Proposed Course of Action: _River to River Heart Group Consultation, Post AICD check, further workup requested for_

Alternative Care Recommended:
- PATIENT W/ C/O CP X 2 DAYS PER WEX- DUE FOR AICD CHECK AND SEEN BY CARDIOLOGY 1/27/15 FOR EVAL AND AICD CHECK - RECEIVED REFERRAL REQUEST ABI'S W/ DOPPLERS - DISCUSSED IN COLLEGIAL W/ DR POWERS AND DR RITZ - REQUESTED SITE REPRESENT IN COLLEGIAL W/ THE DICTATED NOTE FROM THE 1/27/15 CARDIOLOGY VISIT

The offender has the right to appeal any adverse decisions through the grievance procedure outlined in 20 Ill. Adm. Code 504: Subpart F.

_VACANT_  
Print Facility Medical Director's Name

_VACANT_ _George Ritz_  
Facility Medical Director's Signature

Date: _2/25/15_

Distribution: Offender, Offender's Medical File, and Health Care Unit Administrator

(Printed on Recycled Paper)

DOC 0255 (Eff. 4/2007)

EXHIBIT (F)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Service Referral Denial or Revision

Offender's Name: Stanton, Rodney   ID# B65491

Referral Date: collegial  6/8/15

Initial Proposed Course of Action: Consult for Pacemaker check Appt H Cardiology

Alternative Care Recommended: - do Pacemaker check at site by Boston Pacemaker Company
- needs last Echo report before repeating it

The offender has the right to appeal any adverse decisions through the grievance procedure outlined in 20 Ill. Adm. Code 504: Subpart F.

DR. VIPIN SHAH
Print Facility Medical Director's Name        Facility Medical Director's Signature        Date: 6/26/15

Distribution: Offender, Offender's Medical File, and Heath Care Unit Administrator

(Printed on Recycled Paper)

DOC 0255 (Eff.4/2007)

EXHIBIT (G)

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender Medical History

Facility: NRC

HIV Opt-Out:
- ☐ Test
- ☑ Refused
- ☐ Reception History
- ☐ Periodic History

Date: 12/23/14
Time: 215 ☐ a.m. ☐ p.m.

Offender Info:
B65491 STANTON, RODNEY
Age: 49  DOB: 03/02/1965
Race: BLK  Sex: M  ☐ Other
NRC 12/23/2014
87

V/C

| Subjective: Past Medical History / History of Present Illness / Family History | | | | |
|---|---|---|---|---|
| Condition | Yes | No | Family History | Explanation |
| Allergies | | ✓ | | |
| Smoking | | | | |
| Pediculosis | | ✓ | | |
| Seizures | | ✓ | | |
| Asthma | | | | |
| Cardiac/HTN | ✓ | | | Meds |
| Diabetic | ✓ | | | Meds  BS 118 |
| Disability (vision, hearing, etc.) | | | | |
| Communicable Disease | | | | |
| a. Hepatitis/Jaundice | ☐ | ☐ | | SKF RCC |
| b. Hx + PPD/Active TB | ☑ | ☐ | | |
| c. STD | ☐ | ☐ | | |
| d. HIV +/AIDS | ☐ | ☑ | | |
| Surgeries | ☐ | ☐ | | Defib |
| Hx of Psych Tx | ☐ | ☑ | | |
| a. Past Suicide Attempt | ☐ | ☑ | | |
| b. Current Suicidal Ideation | ☐ | ☑ | | |
| Recent Drug/ETOH use | ☐ | ☑ | | |
| Mobility Problems | | | | |
| a. Assistive Devices | ☐ | ☑ | | |
| b. Prosthetics | ☐ | ☑ | | |
| c. Specialized Equipment | ☐ | ☑ | | |
| Other Medications | ✓ | | | Pain Pill |
| History of Sexual Abuse or Predator | | ✓ | | |
| Oriented x3 | ✓ | | | |
| Other: | | | | |

Objective: T: 98.6  P: 76  ☐ regular ☐ irregular  R: 20  ☐ regular ☐ irregular  B/P: 143/102
Height: 5'8"  Weight: 220  Vision: RT 20/ 25  LT 20/ 25  Corrected: RT 20/  LT 20/
Behavioral appearance, Hearing loss, Mental status, Evidence of deformity, trauma, and skin conditions.  WNL

Assessment: NKA HTN DM
Defibrillator
SKF

Plan: (Check and complete as appropriate)
1. Physical Examination: ☑ Urgent ☐ Routine
2. Mental Health Referral: ☐ Urgent ☑ Routine
3. Health Information Given: ☑ Yes ☐ Refused
4. PPD Results: ☐ Positive ☐ Negative
5. Chest X-ray performed: ☐ N/A ☐ Yes ☐ No
6. Other: _____

Date PPD Administered: SKF  Date PPD Read: / /
Reading: ___ mm  By: ___
Print Name of Interviewer: D. Hardy  Signature: D. Hardy

R & C Use Only
LAB: DEC 23 2014  Sickle Cell: ☐ Yes ☐ No  Dental: ___  Panorex: ___
EKG: ___  CXR: ___  Female Only: PAP: ___  Mamo: ___

EXHIBIT (H)

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Notes

Vienna Correctional Center

Offender Information:
Stanton, Rodney     ID#: B65491

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-16-15 1:36p | Med Rec Note Cont. Sent CXR from 12-31-14 and EKG from 1-8-15 to Joni for review. Awaiting further information on auth #. — J Powers MRA | |
| 1-16-15 2:45p | Med Rec Note. Recieved call from Joni, UM nurse, with auth # 814267148 for cardiology eval and pacer check. Called River to River Heart group to schedule appointment. Requesting pacer info to call back Monday. — J Powers MRA | |

EXHIBIT (1)

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Vienna Correctional Center

**Offender Information:**
Last Name: Stanton
First Name: Rodney
ID#: B65491

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-24-15 1145A | MD SICK CALL<br>COMPLAINT: Cardiac Pacer Issues<br>BP 160/111  T 98.3  P 87<br>R 18  232<br>(S) c/o left chest pain<br>(O) Began 30 minutes ago. He reports that deep breathing + palpation feels "sore". The pain lasts about 30 minutes, rates pain as 6 level. This has been going on about 2 days. He is not a good historian. Heart rate regular at 82.<br>(A) Chest Wall Pain<br>Another A&I at Shawnee CC.<br>More interested in inmates in Hall; laughing + talking c them. | (P) Motrin 400 mg TID PO x 5 days<br><br>[signature] 12:14 pm 2/24/15<br>[signature] |
| 2/25/15 1435 | HCUA Note<br>DOC 0255 Medical Service Special Referral Denial x 2 completed per denial to Roberts River Heart Group. Copy sent to Dr Shicker + offender [signature] George | |

Distribution: Offender's Medical Record

DOC 0054 (Eff. 9/2002)

EXHIBIT (5)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Pinckneyville Correctional__ Center

**Offender Information:**
Last Name: Stanton  First Name: Rodney  MI: ___  ID#: B65491

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/2/15 10:30 AM | Medical Records Note — Received approval 6/9/15 for pacemaker — Auth# 041131999 to be done by Cardiac Diagnostics. Today, 7/2/15, I called the company to see how to go about scheduling this. I have scanned the requested information to them for review. They'll call back after they review the information. — J. Bruns, Med Rec Dir | |
| 7/10/15 12:35 PM | Medical Records Note — Received non-approval 6/9/15 for an echocardiogram. Dr. Shah completed the "Medical Special Service Referral Denial or Revision" form on 6/26/15. On 7/9/15 appropriate copies were made and distributed. Originals filed in chart. — J. Bruns, Med Rec Dir | |

EXHIBIT (K)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Outpatient Progress Notes

Pinckneyville Correctional Center

Offender Information:
Last Name: Stanton
First Name: Rodney
ID#: B65491

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-21-15 11:30A | RN Note Telephonic defib check complete per order ① c/o voiced | J Cain RN |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Distribution: Offender's Medical Record.  Printed on Recycled Paper

# UNITED STATES DISTRICT COURT
для the
Southern District of Illinois

RODNEY STANTON
_Plaintiff(s)_

v.

HONEYWELL CORP et al
_Defendant(s)_

Case Number: _____

## CERTIFICATE OF SERVICE

I hereby certify that on 11-4-15, I electronically filed 1983 Southern District with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

and I hereby certify that on [date], I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Respectfully submitted,

Rodney Stanton
Name of Password Registrant

P.O. Box 999
Address

Pinckneyville, IL 62274
City, State, Zip

Phone: (___) _____

Fax: (___) _____

E-mail: _____@_____

Attorney bar number (if applicable) _____